**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-6537**

RICHARD NATHANIEL GREGORY BEY, a/k/a Richard Nathaniel Gregory, Jr.,

                    Petitioner - Appellant,

          v.

STATE OF NORTH CAROLINA; NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY; MECKLENBURG COUNTY AND MUNICIPALITIES; CHARLOTTE MECKLENBURG POLICE DEPARTMENT,

                    Respondents - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.   Terrence W. Boyle, District Judge.  (5:14-hc-02019-BO)

Submitted:  August 21, 2014          Decided:  August 25, 2014

Before SHEDD, AGEE, and KEENAN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Richard Nathaniel Gregory Bey, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard Nathaniel Gregory Bey appeals the district court's order dismissing his petition for writ of habeas corpus without prejudice for failure to comply with a court order. We have reviewed the record and find no reversible error. Accordingly, we deny a certificate of appealability, deny leave to proceed in forma pauperis, and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED